**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01425-CV

**ACE CASH EXPRESS, INC., Appellant**

**V.**

**COURTNEY COX, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05455**

## ORDER

We **GRANT** appellee's December 22, 2015 motion to extend time and **ORDER** the brief

be filed no later than January 27, 2016.


/s/     CRAIG STODDART
        JUSTICE